# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Adam Steven Hofmann**,** ) | JUDGMENT IN CASE | |
| ) | | |
| Plaintiff(s), ) | 3:21-cv-00096-RJC | |
| ) | | |
| vs. ) | | |
| ) | | |
| Commissioner of Social Security **,** ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 10, 2021 Order.

November 10, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court