UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00096-RJC

| | |
|---|---|
| ADAM STEVEN HOFMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act in the amount of $6,970.00. (DE 17). Defendant does not object. (DE 19). Pursuant to *Comm'r of Soc. Sec. v. Ratliff*, 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor an assignment of EAJA fees and pay the awarded fees and costs directly to Plaintiff's counsel. All checks made consistent with this order must be mailed to 11450 Bustleton Avenue, Philadelphia, PA 19116. Therefore, based upon the lack of objection, and good cause having been shown, the motion is **GRANTED**.

**SO ORDERED.**

Signed: March 7, 2022

Robert J. Conrad, Jr.
United States District Judge